Opinion filed October 23, 2014



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00093-CR
_____

## JOSE JUAN PRADO PEREZ, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 220th District Court
Comanche County, Texas
Trial Court Cause No. CR-03671**

## MEMORANDUM OPINION

Jose Juan Prado Perez, Appellant, has filed a motion to dismiss his appeal. In the motion, Appellant "moves this Court to withdraw appellant's notice of appeal and dismiss this appeal." The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.


October 23, 2014                                          PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.